IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 03-81- GF-BMM |
| Plaintiff, | |
| vs. | |
| CLINTON W. LAMERE, | |
| Defendant. | |

On August 17, 2017, the undersigned ordered the Clinton W. Lamere (Lamere) to determine his mental competency, (Doc. 43). On September 29, 2017, the Court received notice from D. Sproul, (Sproul) Warden, Federal Detention Center, SeaTac, Washington, where Lamere will be evaluated, asking that the study of Lamere begin on September 18, 2017, the date of his arrival at the facility.

Accordingly, pursuant to Title 18 U.S.C. §4241(d), **IT IS ORDERED** that Lamere's study period will begin on September 18, 2017 and will end no later than October 18, 2017, with the final report submitted to the Court no later than November 1, 2017.

DATED this 2nd day of October, 2017.

John Johnston
United States Magistrate Judge