# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLINTON W. LAMERE,<br><br>Defendant. | **Case No. CR-03-81-GF-BMM**<br><br>**ORDER VACATING COMPETENCY HEARING AND SETTING THE REVOCATION HEARING** |

Defendant Clinton W. Lamere, having filed a Motion to Vacate the Competency Hearing and Setting the Revocation Hearing in its place, the Government having no objection to this Motion, and good cause appearing;

IT IS HEREBY ORDERED that the Competency Hearing presently set for Tuesday, December 5, 2017, at 10:00 a.m., is VACATED.

IT IS FURTHER HEREBY ORDERED that the Revocation Hearing be set for Tuesday, December 5, 2017, at 10:00 a.m.

DATED this 4th day of December, 2017.

John Johnston
United States Magistrate Judge

1